# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Action No.:  13-0274 (RC) |
| SHANTIA HASSANSHAHI, : | |
| *also known as Shantia Hassan Shahi*, : | Re Document No.:    28 |
| *also known as Shahi*, : | |
| *also known as Shantia Haas*, : | |
| *also known as Sean Haas*, : | |
| : | |
| and : | |
| : | |
| HASSTON, INC., : | |
| : | |
| Defendants. : | |

## ORDER

### DENYING DEFENDANT'S MOTION TO SUPPRESS

For the reasons stated in the Court's Memorandum Opinion contemporaneously issued, Defendant Shantia Hassanshahi's motion to suppress (ECF No. 28) is **DENIED**.

It is **FURTHER ORDERED** that on or before **December 15, 2014**, the United States of America shall provide the Court with an *ex parte* declaration summarizing the contours of the law enforcement database used by Homeland Security Investigations to discover Hassanshahi's phone number, including any limitations on how and when the database may be used.

**SO ORDERED**.

Dated:  December 1, 2014                                                                RUDOLPH CONTRERAS
                                                                                                           United States District Judge