## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

                          *Plaintiff,*

        v.                                          Case No.    13-CR-274-RC-1

SHANTIA HASSANSHAHI

                          *Defendant.*

## CONSENT MOTION TO CONTINUE HEARING

COMES NOW Defendant Shantia Hassanshahi and submits this consent motion for a continuance of the hearing scheduled for March 2, 2015 to March 23, 2015 at 2:00 P.M. or such other date and time of convenience to the Court.  AUSA Yette consents to Defendant's request for a continuance and has indicated that March 23, 2015 at 2:00 P.M. is a date and time available to the government.  Defendant Hassanshahi, through counsel, waives his rights under the speedy trial act for the period of continuance.


                                      Respectfully submitted,


                                      _____/s/_____
                                      John P. Pierce (D.C. Bar No. 475101)
                                      THEMIS PLLC
                                      2305 Calvert Street, NW
                                      Washington, DC  20008
                                      (202) 567-2050 – Telephone
                                      (202) 567-2051 – Facsimile
                                      JPierce@Themis.US.com

## **CERTIFICATE OF SERVICE**

       I certify that on February 27, 2015, the foregoing was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  Furthermore, AUSA Yette has been advised of defendant's intent to file this motion, has consented to it, and is being served by email with a courtesy copy concurrently with the filing.

                                                         /s/    John Pierce