UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. ACTION NO. 13-0274 (RC) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) MODIFYING PRETRIAL RELEASE |
| | ) TERMS AS REGARDS LOS ANGELES |
| SHANTIA HASSANSHAHI, | ) INTERNATIONAL AIRPORT |
| Defendant. | ) |

# ORDER

1  Good cause appearing therefor, the pretrial release terms
2  for defendant Shantia Hassanshahi are modified as follows:
3  Mr. Hassanshahi is permitted to go as far as the arrivals
4  and departures curbs at Los Angeles International Airport for
5  the purpose of picking up and dropping off passengers, provided:

    (a) He may not enter any terminal building(s)

    (b) He must notify Pretrial Services in Los Angeles at least 24 hours in advance of the date/time/passenger/flight information. Notification is enough; specific permission from Pretrial Services for each pick up/drop off is not required.

IT IS SO ORDERED.

DATED: June __, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DATED: June 1, 2015

_____
Saied Kashani
Attorney for Defendant
SHANTIA HASSANSHAHI